FILED
U.S. District Court
District of Kansas

FEB 0 8 2019

Clerk, U.S. District Court
By mam         rk

Gary Scott
Name

~~3122 East Audrey~~ 2243 No. Estelle

Wichita, Kansas 67218
Address

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

| Gary Scott , Plaintiff | CASE NO. 19-3019-SAC |
|---|---|
| (Full Name) | (To be supplied by the Clerk) |
| Judge James R. Fleetwood V. Sedgwick District<br>Marc Bennett-District Attorney<br>Julie A. Koon~~-Asst. District Atty.~~ , Defendant(s)<br>Aaron Crouse, Stephanie Schroeder<br>Greg Friedman Sedgwick County Residential Et. Al. | CIVIL RIGHTS COMPLAINT<br>PURSUANT TO 42 U.S.C.<br>§1983 |

### A. JURISDICTION

1) <u>Gary Scott</u>, is a citizen of <u>Kansas</u>
   (Plaintiff)                              (State)

   who presently resides at 2243 No. Estelle ~~3122 East Audrey~~ Wichita, Kansas 67218
   (Mailing address or place

   Power Of Attorney/Roger Lee Reed #35598, PO. BX. 1568 Hutchin, Kansas 67504
   of confinement.)

2) Defendant <u>Judge James R. Fleetwood, Marc Bennett, Julie A. Koon</u> is a citizen of
   (Name of first defendant)

   <u>Eighteenth Judicial Court of Kansas Wichita, Kansas</u>, and is employed as
   (City, State)

   District <u>Court Judge, District Attorneys Office-Sedgwick County</u>. At the time the
   (Position and title, if any)

   claim(s) alleged in this complaint arose, was this defendant acting under the color of state

   law? Yes [x] No [ ]. If your answer is "Yes", briefly explain:

   District Court Violated Plaintiff's Civil Rights "Due Process"

   14th Amendment

Stephanie Schroeder, Greg Friedman
3) Defendant  Aaron Crouse _____ is a citizen of
                  (Name of second defendant)

   Wichita, Kansas _____, and is employed as
         (City, state)

Facility Coordinator Of Residential, Shft. Sup. Residential Fac.  . At the time the
Corr. Woker        (Position and title, if any)

claim (s) alleged in this complaint arose was this defendant acting under the color of state

law? Yes [x]  No [ ] . If your answer is "Yes", briefly explain:

They testified to all allegation of event, and warrant in the Didtrict

Court of Sedgwick County, Wichita, Kansas

(Use the back of this page to furnish the above information for additional defendants.)

4) Jurisdiction is invoked pursuant to 28 U.S.C. §1343(3); 42 U.S.C. §1983. (If you wish to

assert jurisdiction under different or additional statutes, you may list them below.)

N/A

## B. NATURE OF THE CASE

1) Briefly state the background of your case:

Rights were violated, put into prison. Court used unlawful means to

inprison me in the State of Kansas. Court of Appeals over turned the

District Court. Now I am seeking damages in the United States Distict

Court of Kansas.

## C. CAUSE OF ACTION

1) I allege that the following of my constitutional rights, privileges or immunities have been violated and that the following facts form the basis for my allegations: (If necessary you may attach up to two additional pages (8h" x 11") to explain any allegation or to list additional supporting facts.)

A) (1) Count I: __Violation of Civil rights "Due Process"__

   __14th Amendment of the Uninted States__

(2) Supporting Facts: (Include all facts you consider important, including names of persons involved, places and dates. Describe exactly how each defendant is involved. State the facts clearly in your own words without citing legal authority or argument.):

   __Judge Janmes R. Fleetwood- District Court of Sedgwick County__

   __Marc Bennett - District Attorney of Sedgwick County__

   __Julie A. Koon - Asst. District Attorney Sedgwick County__

   __Greg Friedman - Residential Facility Coordinator__

   __Stephanie Schroeder - Shift Sup. at the Residential Fscility__
   __Aaron Crouse - Corr. Wrk. at Community Correction sedgwick County__

B) (1) Count II: _____

   __N/A__

(2) Supporting Facts: _____

   __N/A__

C) (1) Count III: _____

_____N/A_____

_____

(2) Supporting Facts: _____

_____N/A_____

_____

_____

D. PREVIOUS LAWSUITS AND ADMINISTRATIVE RELIEF

1) Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to the conditions of your imprisonment? Yes ☒ No ☒ . If your answer if "Yes", describe each lawsuit. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

    a) Parties to previous lawsuit:

       Plaintiffs: _____N/A_____

       Defendants: _____N/A_____

    b) Name of court and docket number _____N/A_____

    c) Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) _____N/A_____

    d) Issues raised _____N/A_____

e) Approximate date of filing lawsuit _____N/A_____

f) Approximate date of disposition _____N/A_____

1) I have previously sought informal or formal relief from the appropriate administrative officials regarding the acts complained of in Part C Yes [X] No [ ]. If your answer is "Yes", briefly describe how relief was sought and the results. If you answer is "No", briefly explain why administrative relief was not sought.

*Court of Appeals in the state of Kansas action taken by the court of Appeals - they reverse and remanded back to District court. I was released on the charge after having been illegally incarcerated by Sedgwick county District court.*

2) REQUEST FOR RELIEF

1) I believe that I am entitled to the following relief:

Plaintiff request the Court allow him time to amass his Declaration of Judgment in a hearing before the Honorable Court in the District of Kansas. United States District Court, 409 U.S. Courthouse 444 SE Quincy St., Topeka, Kansas 66683. Plaintiff also seeks this,

"Because Mr. Scott may recover monetary damages against Defendant's in their personal capacities. See Arizonzns for Officials Vs. Arizona, 520 U.S.

_____        x _Dary M. Scott_
Signature of Attorney (if any)              Signature of Plaintiff

Power Of Attorney - Roger Lee Reed #35598
Hutchinson Correctional Facility
1001 East Avenue G - Physical Address
PO. BOX 1568 - HCF
Hutchinson, Kansas 67504 - Mailing Address

PO. BOX 1568 - HCF
Hutchinson, Kansas 67504 - PH. # 620 - 662 - 2321

(Attorney's full address and telephone number)

5

XE-2 8/82                CIVIL RIGHTS COMPLAINT §1983

Supporting Facts

1.) <u>Heck Vs Humphrey, 512 U.S. at 498.</u> Mr. Scott's proper federal remedy, if he were still on probation. would be to petition for habeas relief: A prisoner need not be incarcerated to satisfy the custody requirement. Thus, in <u>Jones Vs Cunninggham,</u> the Sumpreme Court concluded that a habeas petitioner who had been placed on parole was still "in custody" under an unexpired sentence because of the restraints and conditions set forth in the parole order. <u>371 U.S. 236, 241- 43, 83 Ct. 373, 9 L. ed. 285... (1963).</u> The Court reasoned that despite his release from prison, the petitioner was still required to report regularly, to parole officer, remain in particular community, residence, and job, and refrain from certain activities Id. at 242... Similary, suspended or stayed sentences may satisfy the custody requirement; See, e.g., McVeigh Vs Smith, 872 (1989), Sammons Vs Rodgers, 785, F. 2d, 986.

2.) <u>Favors Vs Hoover, 2016 U.S. - Ashcroft Vs Iqbal, 536 U.S. 662</u>: Substantive Due Process: the substantive due process right found in the 14th Amendment proctects Mr. Scott from government conduct (which deprives a person of life, liberty, or property) that "shocks the conscience" or interferes with rights implicit in the concept concept of ordered libert." <u>Strutton Vs Meade, 688 F. 3d 549, 558 (8th Cir. 2012)</u> United states Vs Salerno, 481 U.S. 739, 746, 107 S. Ct. 2095 L. Ed. 2d 697 (1987).

Gary M. Scott
2243 N. Estelle
Wichita KS, 67219
316-███-████
339-5932

(1)

attachment